Before State Industrial Board, Respondent. Samuel Razonsky, Respondent, v. Edelstein Bros. and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that a schedule award should have been made. All concur.

Before State Industrial Board, Respondent. John Reynolds, Respondent, v. Automobile Club of America and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before State Industrial Board, Respondent. John B. Starr, Respondent, v. Krebs & Bates and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that claimant was an independent contractor. All concur.

John Schuhle, Respondent, v. American Alliance Insurance Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Before State Industrial Board, Respondent. Erwin Stevens, Respondent, v. Spring Brook Cheese Factory and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that claimant was the employee not of the Spring Brook Cheese Factory, but of Henry W. Stevens, an independent contractor. All concur.

Before State Industrial Board, Respondent. Dominick Sando, Respondent, v. Read-Coddington Engineering Company and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before State Industrial Board, Respondent. Mike Szyper, Respondent, v. United States Railroad Administration, Appellant.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of Snow v. United States Railroad Administration (209 App. Div. 308; affd., 239 N. Y. 528). All concur.

Before State Industrial Board, Respondent. Anthony Swihura, Respondent, v. Alexander Horowitz, Appellant.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that it appears by the claimant's testimony that at the time of the accident he was engaged in an illegal employment. (See Herbold v. Neff, 200 App. Div. 244.) All concur.

Before State Industrial Board, Respondent. State Treasurer (Claim Arising Out of Death of Henry Monroe), Respondent, v. Irving Way and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that no causal relationship has been established between the accident and death. All concur.

Before State Industrial Board, Respondent. Owen J. Shankey, Respondent, v. Bates-Bowman Corporation and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, for failure of proof of an accidental injury. All concur.

Before State Industrial Board, Respondent. Edward Stafford, Respond-